# EXHIBIT 3


# DPI DIVERSIFIED POWER INTERNATIONAL, LLC

February 4, 2021

To: Obras Sanitarias del Estado (O.S.E.)

By the present we, Diversified Power International, LLC (DPI), with legal domicile in (414 Century Court, Piney Flatts, TN 37686) declare that the products SolaRaft-QDB™ and Quattro-DB® are trade mark and patented (n° 10,399,867) with only production in USA by our company.

The only company allowed to present these products in the bid LP 21.610 is SonicSolutions Algae Control LLC through Carbosur SAIC.

No other party or company is authorized to submit our products.

We have notified Photon Water Technology s.r.o. that they did not have authorization to permit Gamatech to present products manufactured by DPI. They will not be allowed to purchase products directly from DPI to fulfill this tender.

Please contact me should you have any questions.

Sincerely,

Charlie Morgan
cmorgan@dpipower.com
General Manager & Chief Technical Advisor
Diversified Power International LLC