# EXHIBIT

# 5

---------- Forwarded message ---------
From: **Hootie Hilton** <hhilton@dpipower.com>
Date: Mon, Apr 26, 2021 at 4:42 PM
Subject: Open Orders
To: Tara Spitzer <tara@sonicsolutionsllc.com>
CC: Tony Trigiani <ttrigiani@dpipower.com>

Hi Tara,

The below orders were received but were not acknowledge as accepted. Tony has reviewed these orders below and were rejected. No further orders can be accepted.

PO# 210419-1

PO# 210420-1

PO# 210420-3

PO# 210420-2

PO# 210421-2

PO# 210421-1

1

Sorry,



Hootie Hilton

**Inside Sales/Order Entry**

DIVERSIFIED POWER INTERNATIONAL, LLC

**414 Century Court**

**Piney Flats, TN  37686**

**PHONE: 423-538-9002---ext# 150**

**FAX: 423-538-9202**

**RMA/WARRANTY DEPT:  423-299-0011**

2

E-mail: hhilton@dpipower.com