# EXHIBIT 6

**Tara Spitzer**

| | |
|---|---|
| **From:** | Tony Trigiani <ttrigiani@dpipower.com> |
| **Sent:** | Monday, April 26, 2021 4:39 PM |
| **To:** | Tara Spitzer |
| **Cc:** | Lawrence Field; George Hutchinson |
| **Subject:** | Cancellation of sales |
| **Attachments:** | DPI Sales Cancellation - 26-04-2021.pdf |
| | |
| **Importance:** | High |

All;

Please read my notification attached.

It is effective immediately.

*Tony Trigiani*
**DPI-President**
414 Century Court
Piney Flats, TN  37686
(p) 423-538-9002 x112
(f) 423-538-9202
(c) 423-366-8456

All information contained within this message may be privileged, confidential and/or subject to non-disclosure agreements and protected from disclosure and distribution. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or use of the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and promptly delete the message from your computer.

1



**Diversified Power International LLC,  414 Century Court, Piney Flats, TN 37686**
**Phone-423-538-9002,   Fax-423-538-9202,   http://www.dpipower.com/**

---

**Date:**          April 26, 2021

**Regarding:**     Discontinuance of DPI Sales to Algaesonix, LLC / Sonic Solutions Algae Control (SSAC)

Dear Algaesonix / SSAC,

It is DPI's understanding that Algaesonix and SSAC have merged or through some form of combination is now one entity.  This communication is directed to both entities or the merged or consolidated entity, if that is in fact the case. Due to recent events, DPI will no longer make available for sale DPI's Algae Management related products to Algaesonix, to SSAC or to the merged or consolidated entity if such entity exists.

Please remove all references associating Algaesonix and SSAC with DPI or with the sale of any DPI product, including but not limited to all products under the Hydro Bioscience umbrella.

Please also remove from any of Algaesonix or SSAC sales literature, sales brochures or internet advertisements any reference to DPI, DPI  trade names or DPI's Algae Management products.

The failure to comply with this request will be viewed by DPI as a further violation of its intellectual property and trade secrets.

Sincerely,

Tony Trigiani
President
DPI