# EXHIBIT 7

## SonicSolutions Algae Control LLC

238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

DATE: 4/19/2021
Sonic PO #: 210419-1

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSoutions Algae Control LLC | SonicSolutions Algae Control LLC |
| 238 Bridge Street, Unit B | 238 Bridge Street, Unit B |
| Northampton, MA 01060 | Northampton, MA 01060 |
| | Reference:  PO #5377 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40A-40XPS230C11NL | 230V-Single Mezzo Head Kit | 1 | $ 1,598.00 | $ 1,598.00 |
| OPCJ0110-L025000 | Quattro-DB Pwr Cable -  25m | 1 | $ 95.55 | $ 95.55 |
| 40A-40XPS230D11NL | 230V-Dual Mezzo Head Kit | 1 | $ 2,577.00 | $ 2,577.00 |
| OPCJ0110-L050000 | Quattro-DB Pwr Cable -  50m | 1 | $ 134.23 | $ 134.23 |
| OPCJ0110-L075000 | Quattro-DB Pwr Cable -  75m | 1 | $ 184.93 | $ 184.93 |
| 40A-40XPS230B11NL | 230V-Dual Quattro Head Kit | 1 | $ 3,577.00 | $ 3,577.00 |
| OPCJ0110-L025000 | Quattro-DB Pwr Cable -  25m | 1 | $ 95.55 | $ 95.55 |
| OPCJ0110-L075000 | Quattro-DB Pwr Cable -  75m | 1 | $ 184.93 | $ 184.93 |
| | | | SUBTOTAL | $ 8,447.19 |
| | | | S & H | to be added |
| | | | OTHER | |
| | | | **TOTAL** | **$ 8,447.19** |

**Other Comments or Special Instructions**

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423

## SonicSolutions Algae Control LLC
238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

| | |
|---|---|
| DATE: | 4/20/2021 |
| Sonic PO # | 210420-1 |

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSoutions Algae Control LLC | Devon Assael |
| 238 Bridge Street, Unit B | 325 Farm Hill Road |
| Northampton, MA 01060 | Middletown, CT 06457 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 59-XDCR2X98-L002 | Xdcr-Quattro Head w/2m cable | 2 | $ 1,650.30 | $ 3,300.60 |
| 0QA-24C008S65-00 | PSU - Slr Chg Controller | 2 | $ 837.20 | $ 1,674.40 |
| KITS0231 | Navigation Light Kit W Conn, Hdwr | 2 | $ 154.00 | $ 308.00 |
| OPCJ0088 (adapter) | Cable - Slr.Jbox Output to Slr.Ctlr | 2 | $ 70.00 | $ 140.00 |
| OPCJ0090-L0914 (wire restraint nut) | Cable - Slr.Ctlr Output To Batt.Box-Slr Pontoon | 2 | $ 98.00 | $ 196.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $ 5,619.00 |
| **Other Comments or Special Instructions** | S & H | to be added |
| | OTHER | |
| | **TOTAL** | **$ 5,619.00** |

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423

## SonicSolutions Algae Control LLC
238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

DATE: 4/20/2021
Sonic PO # 210420-2

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSoutions Algae Control LLC | Brad Wilkins |
| 238 Bridge Street, Unit B | Placer County Water Agency |
| Northampton, MA 01060 | 185 Ferguson Road |
| | Auburn, CA 95603 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40S-24A60F18A11US | SolaRaft™ - Single Quattro | 1 | $ 7,200.00 | $ 7,200.00 |
| | | | SUBTOTAL | $ 7,200.00 |
| | | | S & H | to be added |
| | | | OTHER | |
| | | | **TOTAL** | **$ 7,200.00** |

**Other Comments or Special Instructions**

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423

# SonicSolutions Algae Control LLC

238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

DATE: 4/20/2021
Sonic PO # 210420-3

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSoutions Algae Control LLC | *** HOLD FOR PICKUP *** |
| 238 Bridge Street, Unit B | Customer Pickup Date 4/23/21 |
| Northampton, MA 01060 | |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40S-24A60F18A11US | SolaRaft™ - Single Quattro | 1 | $ 7,200.00 | $ 7,200.00 |
| | Per Conversation between Tony and Devon. Item is requested for pickup on Friday, April 23, 2021. Can be paid for with credit card. | | | |
| | | | SUBTOTAL | $ 7,200.00 |
| **Other Comments or Special Instructions** | | | S & H | to be added |
| | | | OTHER | |
| | | | **TOTAL** | **$ 7,200.00** |

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423

# SonicSolutions Algae Control LLC

238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

DATE: 4/21/2021
Sonic PO # 210421-1

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSolutions Algae Control, LLC | Salisbury WWTP |
| 238 Bridge Street, Unit B | 125 Elm Street |
| Northampton, MA 01060 | Salisbury, MA 01952 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40A-40XPS120A11US | 120V-Single Quattro Head Kit | 1 | $ 2,337.00 | $ 2,337.00 |
| OPCJ0110-L020000 | Quattro-DB Pwr Cable - 20m | 1 | $ 95.55 | $ 95.55 |
| | | | SUBTOTAL | $ 2,432.55 |
| Other Comments or Special Instructions | | | S & H | To Be Added |
| | | | OTHER | |
| | | | TOTAL | $ 2,432.55 |

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423

## SonicSolutions Algae Control LLC
238 Bridge Street, Unit B, Northampton, MA 01060
413-247-9423

# Purchase Order

DATE: 4/21/2021
Sonic PO # 210421-2

Customer PO #

| CUSTOMER/ORDERED BY | SHIP TO |
|---|---|
| SonicSolutions Algae Control, LLC | David Dunn |
| 238 Bridge Street, Unit B | City of Montague Public Works |
| Northampton, MA 01060 | 230 S. 13th Street |
| | Montague, CA 96064 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 40A-40XPS120A11US | 120V-Single Quattro Head Kit | 1 | $ 2,337.00 | $ 2,337.00 |
| OPCJ0110-L025000 | Quattro-DB Pwr Cable - 25m | 1 | $ 95.55 | $ 95.55 |
| | | | SUBTOTAL | $ 2,432.55 |
| | | | S & H | To Be Added |
| | | | OTHER | |
| | | | TOTAL | $ 2,432.55 |

**Other Comments or Special Instructions**

If you have any questions about this purchase order, please contact
Tara Spitzer @ 413-247-9423