# EXHIBIT 8

**From:** Larry Peacock [mailto:lpeacock@dpipower.com]
**Sent:** Tuesday, April 27, 2021 9:51 AM
**To:** 'Tara Spitzer'; Devon Taylor Assael; George Hutchinson
**Cc:** hbsrma@dpipower.com
**Subject:** HBS Warranty's

Algaesonix / SSAC staff,

Due to recent changes from management, DPI RMA representatives will only work with RMA cases directly with customers.
In servicing that customer, please have them contact us directly at hbsrma@dpipower.com or call us at 423-299-0011.

We are not to work directly, nor communicate directly, nor receive phone calls either in a business or personal capacity from/with anyone associated with Algaesonix / SSAC.

*Highest Regards,*

**Larry Peacock**, QMS Practitioner
Diversified Power International LLC

 **Please do not print this email unless necessary** 

All information contained within this message may be privileged, confidential and/or subject to non-disclosure agreements and protected from disclosure and distribution. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or use of the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and promptly delete the message from your computer.