# EXHIBIT

# 9



**Diversified Power International LLC**
**414 Century Court, Piney Flats, TN 37686**
**Phone-(800) 334-5091,   Fax- (423) 538-9202,   http://www.algaemanagement.com/**

## HYDRO BIOSCIENCE® OWNERSHIP, DISTRIBUTION AND SALES CLARIFICATION NOTICE

DPI is a Tennessee USA based manufacturer of Algae and Biofilm Remediation products under various patents and trademarks including the following:
> Hydro Bioscience® (aka HBS™)
> QuattroDB® (aka QDB™)
> MezzoDB® (aka MDB™)

DPI is the sole owner of the above patents and trademarks under which the Hydro Bioscience® product line is manufactured. DPI ships from its Tennessee factory direct to dealers and installation professions.  DPI also works directly with our dealers, professionals, universities, researchers, government bodies and other end-users of such products.

It has come to our attention that the sales, distribution and ownership of DPI's Hydro Bioscience® product line may have been misrepresented in the relevant marketplace, and we are taking measures to correct these misrepresentations. If you believe you have signed an agreement with, or led to believe that such DPI products are only available from a certain vendor, then please be advised that:

**DPI does not currently, nor has it ever had an exclusivity agreement of any form, or sales or distribution agreement with any party or vendor, outside of Norway, Iceland, Scotland and the Faeroe Islands.**

This notice is for purposes of clarification that DPI is the owner of its HBS products, DPI's sales channels, and customer support and that no other person has a right thereto or an interest therein.  DPI is also not bound by any exclusivity arrangement in North America, South America, Africa, Australia or Asia.  If you have been provided with contrary information, DPI would appreciate if your contact us and let us know.

In 2016, DPI released its first Hydro Bioscience® Quattro-DB® PowrRAFT™ ultrasonic Algae Management product. We have worked diligently researching, designing, developing and manufacturing this product which provides cost effective, non-chemical remediation of algae for the benefit of our customers, and more importantly, our environment.

Today, DPI is excited to announce the release of a new product under the Hydro Bioscience® Line – an affordable Water Quality Monitoring System with an affordable Cloud Data Subscription. This system is available as a stand-alone system or as a module working in combination with DPI's Hydro Bioscience Algae and Biofilm remediation ultrasonic, non-chemical products.

Our sales and staff are here and ready to support you and your algae/biofilm remediation applications! Please take a moment to call us at 800-334-5091 and visit our website: www.algaemanagement.com.

Sincerely,

Tony Trigiani
President - DPI