# EXHIBIT 10

Date: Tue, April 27, 2021 11:21 am
To: "'Ed@EMCSQ.COM'" <Ed@EMCSQ.COM>

Ed;

Did you know that you can get your Hydro Bioscience® Quattro-DB® and Mezzo-DB™ (aka QDB™ and MDB™) ultrasonic units direct from us, the manufacturer?
Hydro Bioscience®, Algae Management and Remediation through DPI will always be here to fill your orders, provide customer support and help you plan successful installations.
We are excited today to begin a new chapter in working with professionals such as yourself.

We're proudly made right here in Eastern Tennessee, USA!
Let us help You help your customers with the best state of the art non-chemical ultrasonic algae control systems on the market today!

Call us at 800-334-5091 x152 for sales and support or email us at hbsorders@dpipower.com with any questions.
Also, please visit our website – www.algaemanagement.com

*Tony Trigiani*
**DPI-President**
414 Century Court
Piney Flats, TN  37686
(p) 423-538-9002 x112
(f) 423-538-9202
(c) 423-366-8456

All information contained within this message may be privileged, confidential and/or subject to non-disclosure agreements and protected from disclosure and distribution. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or use of the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and promptly delete the message from your computer.