UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECONTROL.US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DIVERSIFIED POWER INTERNATIONAL, LLC, and ANTONIO TRIGIANI,<br><br>Defendants. | Civil Action No. 3:21-cv-30068-KAR<br><br>Affidavit of Lawrence Field |

I, Lawrence Field, depose and state the following:

1. I am Lawrence Field, Chief Executive Officer and Managing Director of AlgaeSonix, LLC (AlgaeSonix).

2. Starting in 2020, AlgaeSonix and SonicSolutions Algae Control, LLC ("SSAC") had discussed a business relationship, the details of which are formalized in a Letter of Intent executed on December 31, 2020 (the "LOI").

3. At that time, AlgaeSonix intended to invest in excess of two million dollars in SSAC.

4. In late April 2021, I learned from Mr. Taylor of SSAC that DPI had informed SSAC that it was ending its supply of HBS products to SSAC, effective immediately.

5. As a stopgap measure, AlgaeSonix provided HBS products to SSAC from its own inventory of HBS products, during May 2021, to ensure SSAC could satisfy existing orders and support its financial solvency.

6.      As of June 2021, AlgaeSonix's inventory of HBS products is nearly depleted, thus AlgaeSonix is unable to provide further HBS products to SSAC.

7.      AlgaeSonix will be unable to proceed with the transaction contemplated in the LOI if SSAC is no longer a financially viable entity due to its inability to obtain a supply of HBS products from DPI.

Signed under the penalties of perjury this 17 day of June, 2021.

_____
Lawrence Field

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"). An electronic copy of this document will be sent to non-registered participants via electronic mail on the date of its filing, and paper copies will follow on the next business day.

                                                            /s/ *Lauren C. Ostberg*
                                                             Lauren C. Ostberg