UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECONTROL.US LLC,** | ) ) ) ) | Civil Action No. 3:21-cv-30068-MGM |
| **Plaintiffs,** | ) ) | Affidavit of Dana G. Taylor |
| v. | ) ) | Concerning Citizenship of LLC Members |
| **DIVERSIFIED POWER INTERNATIONAL, LLC, and ANTONIO TRIGIANI,** | ) ) ) | |
| **Defendants.** | ) | |

I, Dana G. Taylor, depose and state the following:

1. I am Dana G. Taylor, the President and managing member of SonicSolutions Algae Control, LLC ("SSAC"), a plaintiff in the above-captioned action.

2. Sonic Solutions, LLC and AlgaeControl.US LLC are the sole members of SSAC.

3. Sonic Solutions, LLC is a Massachusetts limited liability company with its principal place of business at 238 Bridge St, Unit B, Northampton, Massachusetts, 01060.

4. Merle L. Taylor, Jr. and I are the sole members of Sonic Solutions, LLC.

5. I am a resident of Florida.

6. Merle L. Taylor, Jr. is a resident of South Carolina.

7. On information and belief, and after due diligence, Defendant Antonio Trigiani is a resident of Tennessee and the sole member of Defendant Diversified Power International, LLC. *See* Exh A.

Signed under the penalties of perjury this 22nd day of June, 2021.

/s/*Dana G Taylor*
Dana G. Taylor

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served upon the parties via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first-class mail, postage prepaid, on June 22, 2021.

                  */s/ Lauren C. Ostberg*
                  Lauren C. Ostberg