# EXHIBIT A



Tennessee
Secretary of State
Tre Hargett

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

| Available Entity Actions | File Annual Report (after 12/01/2021) | Entity details cannot be edited. This detail reflects the current state of the filing in the system. |
|---|---|---|
| | Certificate of Existence | |
| | More | Return to the Business Information Search. |

000382005 Limited Liability Company - Domestic                     **Printer Friendly Version**

**Name:** DIVERSIFIED POWER INTERNATIONAL, LLC

| | | | |
|---|---|---|---|
| **Status:** | Active | **Initial Filing Date:** | 12/28/1999 |
| **Formed in:** | TENNESSEE | **Delayed Effective Date:** | |
| **Fiscal Year Close:** | December | **AR Due Date:** | 04/01/2022 |
| **Term of Duration:** | Perpetual | **Inactive Date:** | |
| **Principal Office:** | 414 CENTURY CT<br>PINEY FLATS, TN 37686-4468 USA | | |
| **Mailing Address:** | 414 CENTURY CT<br>PINEY FLATS, TN 37686-4468 USA | | |
| **AR Exempt:** | No | **Obligated Member Entity:** | No |
| **Managed By:** | Member Managed | **Number of Members:** | 1 |

**Assumed Names** | **History** | **Registered Agent**

**Agent Name:** TRIGIANI, ANTONIO
**Agent Address:** 414 CENTURY CT
PINEY FLATS, TN 37686-4468 USA

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass
Tower, 6th Floor
Nashville, TN 37243
615-741-2286
8:00 a.m. until 4:30 p.m. Central, Monday - Friday.

OUR MISSION

Our mission is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness and accountability in a customer-centered environment.

CUSTOMER SUPPORT

DIVISIONS

LINKS

Tennessee Secretary of State
Tre Hargett



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **DIVERSIFIED POWER INTERNATIONAL, LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000382005 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 12/28/1999 10:28 AM | Date Formed: | 12/28/1999 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1   *See p 2* |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
ANTONIO TRIGIANI
414 CENTURY CT
PINEY FLATS, TN  37686-4468

**Principal Address**
414 CENTURY CT
PINEY FLATS, TN  37686-4468

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 06/11/2021 | 2020 Annual Report | B1052-6392 |
| 06/03/2021 | Notice of Determination | B1041-4374 |
| 03/30/2020 | 2019 Annual Report | B0849-3373 |
| 04/01/2019 | 2018 Annual Report | B0684-1095 |
| 04/04/2018 | 2017 Annual Report | B0530-2420 |
| 04/03/2017 | 2016 Annual Report | B0377-0650 |
| 03/07/2016 | 2015 Annual Report | B0208-5314 |
| 04/13/2015 | 2014 Annual Report | B0088-4574 |
| 06/12/2014 | 2013 Annual Report | A0250-3013 |
| 06/03/2014 | Notice of Determination | A0239-2690 |
| 06/12/2013 | 2012 Annual Report | A0188-3114 |
| 06/04/2013 | Notice of Determination | A0178-3020 |
| 05/03/2012 | 2011 Annual Report | A0120-1954 |
| Principal County Changed  From: SULLIVAN  To: SULLIVAN COUNTY | | |
| 03/29/2011 | 2010 Annual Report | 6864-2982 |
| Principal County Changed  From: Sullivan County  To: Sullivan | | |

6/22/2021 2:15:37 PM                                                                                              Page 1 of 2

# Filing Information

Name: **DIVERSIFIED POWER INTERNATIONAL, LLC**

| Date | Filing | Reference |
|---|---|---|
| 04/07/2010 | 2009 Annual Report | 6699-3016 |
| | Member Count Changed  From: 3  To: 1 | |
| 03/30/2009 | 2008 Annual Report | 6496-1296 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 05/23/2008 | 2007 Annual Report | 6319-1891 |
| 03/23/2007 | 2006 Annual Report | 5999-2282 |
| 03/31/2006 | 2005 Annual Report | 5748-0436 |
| 01/20/2005 | 2004 Annual Report | 5330-1475 |
| 03/01/2004 | 2003 Annual Report | 5052-2921 |
| 03/04/2003 | 2002 Annual Report | 4739-1388 |
| | Principal Address Changed | |
| | Registered Agent Physical Address Changed | |
| 04/23/2002 | 2001 Annual Report | 4488-0724 |
| | Member Count Changed | |
| 05/01/2001 | 2000 Annual Report | 4191-0250 |
| | Member Count Changed | |
| 12/28/1999 | Initial Filing | 3784-2784 |

**Active Assumed Names (if any)**                                                                        **Date**     **Expires**



**Tennessee**
**Secretary of State**
Tre Hargett

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

| Available Entity Actions | File Annual Report (after 12/01/2021) |
|---|---|
| | Certificate of Existence |
| | More |

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**000382005** Limited Liability Company - Domestic                    **Printer Friendly Version**

Name: **DIVERSIFIED POWER INTERNATIONAL, LLC**

| | | | |
|---|---|---|---|
| Status: | Active | Initial Filing Date: | 12/28/1999 |
| Formed In: | TENNESSEE | Delayed Effective Date: | |
| Fiscal Year Close: | December | AR Due Date: | 04/01/2022 |
| Term of Duration: | Perpetual | Inactive Date: | |
| Principal Office: | 414 CENTURY CT PINEY FLATS, TN 37686-4468 USA | | |
| Mailing Address: | 414 CENTURY CT PINEY FLATS, TN 37686-4468 USA | | |
| AR Exempt: | No | Obligated Member Entity: | No |
| Managed By: | Member Managed | Number of Members: | 1 |

[ Assumed Names ] [ History ] [ **Registered Agent** ]

Agent Name: **TRIGIANI, ANTONIO**
Agent Address: **414 CENTURY CT**
**PINEY FLATS, TN 37686-4468 USA**

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass
Tower, 6th Floor
Nashville, TN 37243
615-741-2286
8:00 a.m. until 4:30 p.m. (Central) Monday - Friday

Tennessee Secretary of State
Tre Hargett

Civil Action No.: 3:21-CV-30068-KAR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Mr. Antonio Trigiani**
was received by me on (date) **6/11/21**.

☑ I personally served the summons on the individual at (place) **Diversified Power International, LLC, 414 Century Ct., Piney Flats, TN 37686** on (date) **6/11/21 @ 15:57** ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify) :

My fees are $ _____ for travel and $ **75.00** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

**6/11/21**
Date

*J. Scott Anderson*
Server's Signature

**J. Scott Anderson, Constable**
Printed name and title

**1602 Forest View Dr. Kingsport, TN 37660**
Server's Address

Additional information regarding attempted service, etc:

Civil Action No.: 3:21-CV-30068-KAR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Mr. Antonio Trigiani, Diversified Power International, LLC**

was received by me on (date) **6/11/21**.

☑ I personally served the summons on the individual at (place) **Diversified Power International, LLC, 414 Century Ct, Piney Flats, TN 37686** on (date) **6/11/21 @ 15:57**; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ **75.00** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

**6/11/21**
Date

Server's Signature

**V. Scott Anderson, Constable**
Printed name and title

**1602 Forest View Dr.
Kingsport, TN 37660**
Server's Address

Additional information regarding attempted service, etc: