UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECONTROL.US LLC,** | ) ) ) ) | Civil Action No. 3:21-cv-30068-MGM |
| Plaintiffs, | ) ) | Affidavit of George Hutchinson |
| v. | ) ) | Concerning Citizenship of LLC Members |
| **DIVERSIFIED POWER INTERNATIONAL, LLC, and ANTONIO TRIGIANI,** | ) ) ) | |
| Defendants. | ) | |

I, George Hutchinson, depose and state the following:

1. I am George Hutchinson, the managing member of AlgaeControl.US LLC ("ACUS") and a plaintiff in the above-captioned action.

2. I am ACUS's sole member.

3. I reside in South Carolina.

Signed under the penalties of perjury this 22nd day of June, 2021.

*/s/ George Hutchinson*

**George Hutchinson**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon the parties via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first-class mail, postage prepaid, on June 22, 2021.

                                                                               */s/ Lauren C. Ostberg*
                                                                               Lauren C. Ostberg