UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| **SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECONTROL.US LLC,** ) ) ) | Civil Action No. 3:21-cv-30068-MGM |
| **Plaintiffs,** ) | **MOTION FOR** |
| v. ) ) | **RECONSIDERATION OF ORDER REGARDING** |
| **DIVERSIFIED POWER INTERNATIONAL, LLC, and ANTONIO TRIGIANI,** ) ) | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **Defendants.** ) | |

Plaintiffs SonicSolutions Algae Control, LLC ("SSAC"), Sonic Solutions, LLC ("Sonic Solutions") and AlgaeControl.US LLC ("ACUS") (together, "Plaintiffs") hereby move the Court to reconsider its September 9, 2021 Order Regarding Plaintiffs' Motions for Preliminary Injunction (the "Order"). As discussed in the Memorandum in Support of Motion for Reconsideration Regarding Plaintiffs' Motion for Preliminary Injunction, the Order was based upon material legal errors and misapprehensions of facts, and the evidentiary record more than met Plaintiffs' burden of showing both a likelihood of success and the existence of irreparable harm. The Court should therefore reconsider its ruling, allow Defendants to present their own testimony on any material facts that they can credibly contest, and then grant Plaintiffs relief as appropriate.

RESPECTFULLY SUBMITTED

PLAINTIFFS,
SONICSOLUTIONS ALGAE CONTROL, LLC,
SONIC SOLUTIONS, LLC and
ALGAECONTROL.US LLC

By Their Attorneys,

Dated: October 7, 2021

/s/ James C. Duda
James C. Duda, Esq. (BBO # 551207)
Lauren C. Ostberg, Esq. (BBO # 696883)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel. (413) 272-6286
jduda@bulkley.com
lostberg@bulkley.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that, prior to filing this motion, I conferred with opposing counsel in a good faith attempt to resolve or narrow the issue.

/s/ James C. Duda
James C. Duda

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

/s/ Lauren C. Ostberg
Lauren C. Ostberg

3535547v1