UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONIC SOLUTIONS ALGAECONTROL, LLC, SONIC SOLUTIONS, LLC, ALGAECONTROL.US LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIVERSIFIED POWER INTERNATIONAL, LLC and ANTONIO TRIGIANI,<br><br>  Defendants. | Civil Action No. 21-30068-MGM |

SCHEDULING ORDER

October 8, 2021

MASTROIANNI, U.S.D.J.

The following schedule is entered based on the parties' proposed schedule (Dkt. No. 70) and the schedule set at the initial scheduling conference on October 8, 2021:

1. The parties have already exchanged initial disclosures.

2. The parties shall serve written discovery requests by **November 8, 2021**.

3. Any amendments to the pleadings shall be made by **December 10, 2021**.

4. Fact discovery shall be completed by **May 6, 2022**.

5. Depositions of non-expert witnesses shall be completed by **May 6, 2022**.

6. The parties shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **May 23, 2022**. The parties shall submit any rebuttals to expert reports by **June 24, 2022**.

7. Expert depositions shall be completed by **August 12, 2022**.

8. Dispositive motions, if any, shall be filed by **September 23, 2022**. Oppositions shall be filed by **October 14, 2022**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

9.     A hearing on any filed dispositive motions will be held on **November 21, 2022** at **9:30 a.m.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

                                            /s/ Mark G. Mastroianni
                                            MARK G. MASTROIANNI
                                            United States District Judge