UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONICSOLUTIONS ALGAE CONTROL, LLC, ) <br> SONIC SOLUTIONS, LLC, and ) <br> ALGAECONTROL.US LLC, ) <br>      Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIVERSIFIED POWER INTERNATIONAL, LLC, ) <br> ANTONIO TRIGIANI, and ) <br> HYDROBIOSCIENCE, LLC ) <br>      Defendants. | C.A. No. 3:21-cv-30068-MGM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PARTIALLY ASSENTED-TO MOTION TO TAKE FOURTEEN DEPOSITIONS**

The Partially Assented-to Motion to Take Fourteen Depositions brought by Plaintiffs' Sonic Solutions, LLC ("Sonic Solutions"), AlgaeControl.US LLC ("ACUS") and SonicSolutions Algae Control, LLC ("SSAC") is hereby GRANTED. In addition to the four depositions Plaintiffs have completed, and the deposition of Antonio Trigiani, which has not yet been completed, Plaintiffs may depose Paul Woods, Keith Bowman, Lou Bourbon, Thomas Calbert, Flora Mosley, Michael Wolf, a 30(b)(6) designee for each of the corporate defendants, and a representative of the Long Pond Clean Waters Committee, for a total of fourteen depositions.

It is so ordered.

                                                                                                                        U.S.D.C., District of Massachusetts