UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECONTROL.US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DIVERSIFIED POWER INTERNATIONAL, LLC, ANTONIO TRIGIANI, and HYDRO BIOSCIENCE, LLC<br><br>Defendants. | C.A. No. 3:21-cv-30068-MGM<br><br>**MOTION TO MOVE AND/OR CONTINUE MOTION HEARING SCHEDULED FOR FEBRUARY 7, 2022 AT 11:00 A.M.** |

The Plaintiffs in the above-captioned action hereby move, with assent of Defendants, to continue the motion hearing scheduled for Tuesday, February 7, 2023 at 11:00 a.m. to either Tuesday, February 14; Wednesday, February 15; or Thursday, February 16, 2023.

As grounds for this motion, counsel for the Plaintiffs state as follows:

The Court, in its Electronic Order setting hearing on various motions (Doc. 154), stated that, if counsel were unavailable for a hearing time at 11:00 a.m. on Tuesday, February 7, 2023, they should confer and come up with three mutually agreed upon dates. Plaintiffs' counsel, who are not available at the hearing time of 11:00 a.m. on Tuesday, February 7, 2023, conferred with Defendants' counsel and identified three mutually available dates.

The undersigned have consulted with Defendants' counsel, who has assented to this proposed rescheduling of these motions. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that the motion hearing currently set for 11:00 a.m. on Tuesday, February 7, 2023 be rescheduled for Tuesday, February 14, 2023, Wednesday, February 15, 2023, or Thursday, February 16, 2023.

          Respectfully submitted,

          PLAINTIFFS,
**SONICSOLUTIONS ALGAE CONTROL, LLC, SONIC SOLUTIONS, LLC, and ALGAECON-TROL.US LLC**
By Their Attorneys,

Dated: February 3, 2023

*/s/ Lauren C. Ostberg*
James C. Duda, Esq. (BBO # 551207)
Lauren C. Ostberg, Esq. (BBO # 696883)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel. (413) 272-6282
jduda@bulkley.com
lostberg@bulkley.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I have conferred with Mark Dessauer, counsel for Defendants, on the subject matter of this motion via electronic mail on February 3, 2023.

          */s/ James C. Duda*
          James C. Duda

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system on February 3, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

          */s/ Lauren C. Ostberg*
          Lauren C. Ostberg